1  Anthony S. Petru, Esq.
   John Furstenthal, Esq.
2  HILDEBRAND, McLEOD & NELSON, INC.
   Westlake Building
3  350 Frank H. Ogawa Plaza
   Oakland, CA 94612-2006
4  (510) 451-6732
   (510) 465-7023 - FAX
5
   Attorneys for Plaintiff GARY R. WELLS
6
   Wayne R. Sims, Esq. (Bar #40072)
7  Selim Mounedji, Esq. (Bar #173347)
   SIMS LAW FIRM
8  2151 Michelson Drive, Suite 100
   Irvine, CA 92612
9  (949) 253-7900
   (949) 253-7930 - FAX
10
   Attorneys for Defendant SAN JOAQUIN VALLEY RAILROAD
11

12                          UNITED STATES DISTRICT COURT

13                      EASTERN DISTRICT OF CALIFORNIA – FRESNO

14

15 | GARY R. WELLS,                   ) Case No. 1: 06 CV-0678 OWW LJO
                                      )
16 |         Plaintiff,                ) JOINT STIPULATION TO CONTINUE
                                      ) PRETRIAL CONFERENCE
17 | v.                                )
                                      )
18 | SAN JOAQUIN VALLEY RAILROAD,     ) Date: October 15, 2007
   | a corporation.                    ) Time: 11:00 a.m.
19 |                                   )
   |         Defendant.                )
20 |_____    )

21          WHEREAS the pretrial conference in this matter is currently set for October 15, 2007.

22          WHEREAS the parties have been unable to attend a mandatory settlement conference due

23  to successive reassignments.

24          WHEREAS this matter was last scheduled for a mandatory settlement conference on

25  September 27, 2007, but continued and eventually taken off-calendar pending appointment and

26  reassignment to U.S. magistrate Judge Gary S. Austin

27  //

28

1  THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

2  THAT the pretrial conference currently scheduled for October 15, 2007, be continued to
3  November 5, 2007, or the earliest available and convenient date on the court's calendar.

4  DATED: October __, 2007          HILDEBRAND, McLEOD & NELSON, INC.

5

6
                                    By_____
7                                       John Furstenthal
                                        Attorneys for Defendant SAN JOAQUIN VALLEY
8                                       RAILROAD

9  DATED: October __, 2007          SIMS LAW FIRM

10

11
                                    By_____
12                                      Selim Mounedji
                                        Attorneys for Defendant SAN JOAQUIN VALLEY
13                                      RAILROAD

14                                  ORDER

15  The pretrial conference is hereby continued from October 15, 2007, at 11:00 a.m., to
16  November 5, 2007, at 11:00 a.m.

17  IT IS SO ORDERED.

18  **Dated:   October 11, 2007**              _____/s/ Oliver W. Wanger_____
                                               UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28