1   Anthony S. Petru, Esq., State Bar No. 91399
    John Furstenthal, Esq., State Bar No. 208996
2   HILDEBRAND, McLEOD & NELSON, INC.
    Westlake Building
3   350 Frank H. Ogawa Plaza, 4th Floor
    Oakland, CA 94612-2006
4   TEL:   (510) 451-6732
    FAX:   (510) 465-7023
5
    Attorneys for Plaintiff
6   GARY R. WELLS

7   Wayne R. Sims, Esq.
    SIMS LAW FIRM
8   2151 Michelson Drive, Suite 100
    Irvine, CA  92612
9   TEL    (949) 253-7900
    FAX:   (949) 253-7930
10

11  Attorneys for Defendant
    SAN JOAQUIN VALLEY RAILROAD
12

13

14

15

16                      UNITED STATES DISTRICT COURT

17              EASTERN DISTRICT OF CALIFORNIA – FRESNO

18

19  GARY R. WELLS,                    )    CASE NO. 1:06-cv-00678-OWW-GSA
                                      )
20              Plaintiff,            )    **STIPULATION AND ORDER FOR
                                      )    DISMISSAL WITH PREJUDICE**
21  vs.                               )
                                      )
22  SAN JOAQUIN VALLEY RAILROAD, a    )
    corporation,                      )
23                                    )
                Defendant.            )
24  _____ )

25          **IT IS HEREBY STIPULATED** by and between the parties acting through their

26  respective counsel, that the above-entitled action be dismissed with prejudice and that each party

27  will bear its or his own costs and fees.

28  *[SIGNATURES and ORDER ON NEXT PAGE]*

Stipulation and Order for Dismissal with Prejudice          1
Case No. 1:06-cv-678

PDF created with pdfFactory trial version www.pdffactory.com

HILDEBRAND, McLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND CALIFORNIA 94612-2006
(510) 451-6732

DATED: March 7, 2008                    HILDEBRAND, McLEOD & NELSON, INC.


                                        By   /s/ John Furstenthal
                                             JOHN FURSTENTHAL, ESQ.
                                             Attorneys for Plaintiff
                                             GARY R. WELLS

DATED: March 7, 2008                    THE SIMS LAW FIRM.


                                        By   /s/  Wayne R. Sims
                                             WAYNE R. SIMS, ESQ.
                                             Attorneys for Defendant
                                             SAN JOAQUIN VALLEY RAILROAD
                                             COMPANY

**O R D E R**

  The Court, having reviewed the Stipulation for Dismissal With Prejudice and having been fully advised of the premises and good cause appearing therefor,

  **IT IS HEREBY ORDERED** that the Complaint in the above-entitled action be, and same hereby is, dismissed with prejudice.

  ENTERED this 12th day of March, 2008.


                                        /s/ OLIVER W. WANGER
                                        THE HONORABLE OLIVER W. WANGER
                                        Judge of the United States District Court

Stipulation and Order for Dismissal with Prejudice
Case No. 1:06-cv-678

2

PDF created with pdfFactory trial version www.pdffactory.com